# UNITED STATES DISTRICT COURT
**District of Minnesota**

Jerome Elfert,

Plaintiff(s)

-vs-

Civil Action 01-831RHK/SRN

Stephen R. Kittleson and
Kittleson Financial Services, Inc.,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Stephen R. Kittleson and Kittleson Financial Services, Inc. are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Stephen R. Kittleson and
Kittleson Financial Services, Inc.

this 3rd day of August, 2001.

RICHARD D. SLETTEN, CLERK

By Denise La Fond
Denise La Fond, Deputy Clerk

5