UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerome Elfert,<br><br>Plaintiff,<br><br>v.<br><br>Stephen R. Kittleson and Kittleson Financial Services, Inc.,<br><br>Defendants. | Court File No.: 01-831 RHK/SRN<br><br>**ORDER FOR JUDGMENT** |

This matter came on before the Court on Plaintiff's request for the entry of a Default Judgment. Defendants failed to Answer or otherwise appear, and had a Default entered against them by the Clerk of Court. Based upon the Affidavit of Robert Gust, Plaintiff is hereby awarded a Default Judgment against Defendants Stephen R. Kittleson, 120 Bradley Street, Mankato, MN 56001 and Kittleson Financial Services, Inc., 201 Broad Street North, Mankato, MN 56001, in the amount of $44,757.71.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: 10/11/01

Richard Kyle
United States District Court Judge

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 11 2001
DEPUTY CLERK