**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jerome Elfert,

Plaintiff,

v.

Civil No. 01-831 (RHK/SRN)
**ORDER**

Stephen R. Kittleson and Kittleson Financial Services, Inc.,

Defendant.

---

Before the Court is Plaintiff Jerome Elfert's motion to amend the judgment in the above-captioned matter by changing the names of the judgment debtors to read "Stephen R. Kittelson and Kittelson Financial Services, Inc."

A default judgment was entered in favor of the Plaintiff against "Stephen R. Kittleson & Kittleson Financial Services, Inc." on October 11, 2001. Counsel for Plaintiff Elfert has filed an affidavit in support of his motion to amend that judgment in which he avers that he mistakenly transposed the "e" and "l" in the name Kittelson based upon a document provided by his client. (Gust Aff. ¶ 2.) Counsel represents that the correct and intended persons were served with the Complaint. (Id. ¶ 3.) Plaintiff's counsel learned of the misspelling upon taking Mr. Kittelson's deposition in post-judgment discovery. (Id.)

Rule 60(a) of the Federal Rules of Civil Procedure provides that "[c]lerical mistakes in judgments, orders, or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on



MAR 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 21 2002
DEPUTY CLERK

the motion of any party and after such notice, if any, as the court orders." Fed. R. Civ. P. 60(a). "By this time, it is plain that misnomers with respect to parties may be corrected pursuant to this Rule." PacifiCorp Capital, Inc. v. Hansen Properties, 161 F.R.D. 285, 287 (S.D.N.Y. 1995) (invoking Rule 60(a) to correct default judgment, after judgment had been entered, to reflect correct name of defendant who was actually served) (citing Fluoro Electric Corp. v. Branford Associates, 489 F.2d 320 (2d Cir. 1973)); see also Anderson v. Brady, 6 F.R.D. 587, 587 (E.D.Ky. 1947). Based on the record before it, the Court concludes that Plaintiff is entitled to have the judgment corrected under Rule 60(a).

Accordingly, **IT IS ORDERED** that Plaintiff's Motion for an Order Amending the Judgment (Doc. No. 10) is **GRANTED**. The Clerk of Court is hereby directed to **CORRECT** the Judgment entered on October 11, 2001 (Doc. No. 9) so that the name of the individual defendant/ judgment debtor reads "Stephen R. Kittelson" and the name of the corporate defendant/ judgment debtor reads "Kittelson Financial Services, Inc," wherever in the Judgment the names of those parties appear. The corrected Judgment shall remain dated October 11, 2001.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated March 21, 2002

RICHARD H. KYLE
United States District Judge